IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MENARD, INC.,

                           Plaintiffs,                             ORDER

     v.

                                                   08-cv-87-bbc

INFINITY CONSULTING CO.,
ANNA ZARATE, CANDICE
LITHERLAND and TIM COULTER,

                         Defendants.

---

On May 2, 2008, this court held an unrecorded telephonic status conference to determine what's happening in this lawsuit. Plaintiff Menard, Inc., appeared by counsel. None of defendants appeared because Menard has not been able to locate them to serve them with the complaint, despite diligent pursuit. I encouraged plaintiff to continue its efforts. The 120-day time limit for service runs on June 11, 2008.

Entered this 2d day of May, 2008.

                                  BY THE COURT:
                                  /s/
                                  STEPHEN L. CROCKER
                                  Magistrate Judge